3.  The parties further adopt and incorporate into this Agreement the trust agreements or other governing documents for the Building Trades United Pension Trust Fund, Plumbers & Gasfitters Union Local 75 Health Fund, Plumbers Local 75 401(k) Fund, Milwaukee Plumbers Local 75 Education Fund, Plumbing Industry Development Fund and Plumbers Labor Management Fund.

PLUMBERS LOCAL 75                         Modern Mechanical LLC
                                          (Print Name of Firm)

BY: _Steve Breitlow_                      BY: _Mark S. Lefever_
Steve Breitlow
Business Manager                          TITLE: Owner

DATE: 5-15-07                             DATE: 5-15-2007

                                          4129 29th Avenue
                                          Firm Address

(SEAL)                                    Kenosha, WI, 53140
                                          City, State, Zip
                                          (262) 705-3653 cell
                                          (262) 652-8925 office
                                          Phone Number
                                          email modernmechanical@yahoo.com

                                          FAX Number

                                          56-2578426
                                          EIN Number

2

